May 15, 2009

Ms. Diana L. Faust
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Ms. Glynis L. Zavarelli
Wentz & Zavarelli, LLP
7701 Las Colinas Ridge, Suite 250
Irving, TX 75063

RE: Case Number: 07-0315
 Court of Appeals Number: 05-06-00453-CV
 Trial Court Number: 05-8158

Style: FRANCES B. CRITES, M.D.
 v.
 LINDA COLLINS AND WILLIE COLLINS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |